IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia County: Philadelphia

City and State of Defendant: Philadelphia, Pennsylvania

County: Philadelphia Register number: 63384-066

Place of accident, incident, or transaction: Eastern District of Pennsylvania

Post Office: Philadelphia County: Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: Yes

Case Number: 26-CR-00113 Judge: PAPPERT

CRIMINAL: (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ● Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ○ General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

21 U.S.C. § 846 (conspiracy to distribute 5 kilograms or more of cocaine – 1 count)
21 U.S.C. § 841(a)(1),(b)(1)(A) (possession with intent to distribute 5 kilograms or more of cocaine – 2 counts)
21 U.S.C. § 860(a) (possession with intent to distribute 5 kilograms or more of cocaine within 1,000 feet of a protected location – 1 count)
18 U.S.C. § 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug trafficking offense –1 count)

DATE: 09/16/2026

*/s/ Lauren Stram*
LAUREN STRAM
Assistant United States Attorney

*/s/ Christopher Parisi*
CHRISTOPHER PARISI
Assistant United States Attorney

File No. 2025R00903
U.S. v. GREGORY JONES, ET AL.
a/k/a "Smallz"

ADDITIONAL DEFENDANTS:

EDWARD BASLEY
a/k/a "Beeb"
City and State of Defendant – Wayne, PA

SHAWN BELL
City and State of Defendant - Cheltenham, PA

JABARI SAVAGE
City and State of Defendant – Philadelphia, PA

RENARD BROWN
City and State of Defendant - Philadelphia, PA

JERMAINE SINGLETON
City and State of Defendant - Philadelphia, PA

FARID HADDAD
City and State of Defendant - Philadelphia, PA

DAVID McFIELD
City and State of Defendant - Philadelphia, PA

ORENTHIAL BAILEY
a/k/a "D"
City and State of Defendant – Temple, TX

EDUARD NAHUN CHIRINOS AMADOR
City and State of Defendant – Manassas, VA