


















Pennsylvania
visitPA.com USA
DLN: [redacted]
DOB:
BASLEY
[redacted]
FRATERNAL ORDER OF POLICE
MEMBER
F O P
END: NONE
RESTR: NONE
OFFICER'S SON
9956




EXCEDRIN
MIGRAINE RELIEF
25 POUCHES OF 2 CAPLETS
Dial
Dial
Gulfstream






FoodSaver


Gulfstream


NITRILE
GLOVES
XL
FoodSaver
SAE

REFORM

**Re: Invitation for Gregory Jones to Join the Safer Supervision Coalition in DC**

To Supervision Officer [redacted]

On behalf of REFORM Alliance and the Safer Supervision Coalition, I am formally requesting the presence of Mr. Gregory Jones on April 14th and 15th, 2026 to participate in our upcoming Capitol Hill Lobby Day in Washington, D.C.

**Event Details:**

- **Event Name**: Safer Supervision Coalition Lobby Day
- **Dates & Locations**:
  - Tues. April 14, 2026 - 6:00pm - 8:00pm
    - Carmine's DC - 425 7th Street NW, E St NW, Washington, DC
  - Wed, Apr 15, 2026 - 7:30am - 4:30pm
    - Yotel Washington, DC, - 415 New Jersey Ave NW, Washington, DC 20001
    - Capitol Hill, Washington, D.C.

- **Purpose**: To join our team and coalition to meet with other advocates to discuss your personal experience with the criminal justice system.

Mr. Jones has been invited as a "storyteller" to share his personal experience with the criminal justice system during meetings with interested congressional offices and partners. His perspective is vital to helping lawmakers understand how current policies affect work, family, and successful reentry.

**Logistics and Support:**

Participants would arrange for their own transportation to Washington DC and meet us at Carmine's DC, 425 7th Street NW, E St NW, Washington, DC for our evening training session where we will review the next day's agenda, assign groups and review talking points.

- **Travel**: Participant will arrange for their own transportation to Washington DC.

- **Accommodations**: Participant's lodging will be covered by a designated partner organization, to include one night hotel the evening of April 14th at the Hilton Alexandria Mark Center, 5000 Seminary Rd, Alexandria, VA 22311. Meals will be provided.

- **Briefings**: An evening training will be conducted 6:00 - 8:00 pm on April 14, 2026 to prepare for the following day's events. A training session will be conducted the morning of April 15, 2026, to ensure all attendees are fully supported and prepared.

This event is part of a national effort supported by nearly 200 organizations, including law enforcement and faith-based groups. We are happy to provide any additional documentation or information needed for your review and approval.

Best,
Erin Haney, Esq.
Chief Policy Officer
REFORM Alliance


gregiesmalls19
CANNON
I really can stand in all rooms
@safersupervisionact capital hill
Thank you @gregiesmalls19 for
sharing you story at the capitol to
pass the #SaferSupervisionAct 🙏
We couldn't do it without you.
Send message...